**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2042**

———————

NASIR AHMAD-EL,

                Plaintiff - Appellant,

      v.

S. J. FEKETE, Badge #29293; C. BRYANT, Badge #19302; BADGE
#19877,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:12-cv-00405-RAJ-TEM)

———————

Submitted: November 13, 2012     Decided: November 15, 2012

———————

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nasir Ahmad-El, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasir Ahmad-El appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ahmad-El v. Fekete, No. 2:12-cv-00405-RAJ-TEM (E.D. Va. July 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED